13 A.3d 355

IN THE MATTER OF WILLIAM L'E. WERTHEIMER,
JUDGE OF THE SUPERIOR COURT.

January 31, 2011.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(b) its Report recommending that the Formal Complaint against William L'E. Wertheimer, Judge of the Superior Court be dismissed;

And the Court having considered the record and agreed with the findings of the Advisory Committee that under the totality of the circumstances, respondent's conduct in no way maligned or intended to malign any religion, nor did it demonstrate any form of anti-Semitism or religious bias;

And good cause appearing;

It is ORDERED that the Formal Complaint in ACJC 2009–245 is hereby dismissed.